# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**GERALD OSCAR PERSON,**

        **Petitioner,**

v.

**JEAN HILL,**

        **Respondent.**

Civ. No. 05-1014-ST

**ORDER DISMISSING HABEAS CORPUS PETITION**

This matter having come before the Court on the motion of the Petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely*

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced 60-day period, Petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this 1st day of December, 2007.

_____
The Honorable Janice M. Stewart
U.S. Magistrate Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Attorney for Petitioner

and

Lynn Larsen (by consent)
Attorney for Respondent